**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Tara McCloskey,

      *Plaintiff*,

v.                                      Civil Action No. 24-2879 (RC)

The George Washington University,

      *Defendant*.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Tara McCloskey, and Defendant, George Washington University, defendant, hereby stipulate and agree that Plaintiff's complaint against Defendant in the matter Civil Action No. 24-2879 is hereby dismissed with prejudice, with each party to bear their own respective costs and fees.

Dated: January 27, 2025

Respectfully submitted,

| | |
|---|---|
|    */s/* Katherine Lease    |    */s/ Joshua W. B. Richards*    |
| Katherine Lease (D.C. Bar No. 441691) | Joshua W.B. Richards |
| Katherine.lease@leschtlaw.com | Joshua.richards@saul.com |
| | |
| ALAN LESCHT & ASSOCIATES, P.C. | Saul Ewing LLP |
| 1825 K Street NW, Suite 750 | 1500 Market Street 38th Floor |
| Washington, D.C. 20006 | Philadelphia, PA 19102 |
| Phone: (202) 315-1743 | Phone: (215) 972-7737 |
| Fax: (202) 463-6037 | |
| | *Counsel for Defendant, George Washington University* |
| *Counsel for Plaintiff, Tara McCloskey* | |